## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sekema Gentles,                             :
                Appellant       :
                                        :
         v.                 :   No. 452 C.D. 2017
                                        :
City of Philadelphia, Matthew Kalita,       :
Thomas Hayes, and Linda Green               :

## **O R D E R**

NOW, April 18, 2019, having considered appellant's application for reconsideration/reargument and appellees' answer in response thereto, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge